**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Christopher CROW, a.k.a. "Crow", a.k.a. Darrell Jackson, Defendant–Appellant.**

**No. 10–15812
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 1, 2011.

Patricia D. Barksdale, Julie Hackenberry Savell, Assistant U.S. Attorney, U.S. Attorney's Office, Jacksonville, FL, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Sylvia A. Irvin, Federal Public Defender's Office, Jacksonville, FL, for Defendant–Appellant.

---

Before HULL, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Sylvia A. Irvin, appointed counsel for Christopher Crow in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Crow's convictions and sentences are **AFFIRMED**.